UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FLORIDA BEEF, INC.<br><br>    Plaintiff,<br><br>v.<br><br>FARM TO MARKET, LLC<br><br>    Defendant. | Civil Action No. |

## COMPLAINT

Florida Beef, Inc. ("Florida Beef") sues Farm to Market, LLC ("FTM") as follows:

### Jurisdiction and Venue

1. This Court has jurisdiction pursuant to 28 U.S.C. §1332 because there is more than $75,000 in controversy exclusive of interest and costs, Florida Beef is a Florida corporation with its principal business place in Florida, and FTM is a Louisiana limited liability company with its principal place of business in Covington, Louisiana and its members all by information and belief citizens and residents of Louisiana.

### Facts

2. Florida Beef on or about April 2, 2021 sold beef to FTM, and invoiced FTM for that beef at agreed prices and terms, the invoices to be paid by April 12, 2021 ($67,032.31 and $72,236.15, total $139,268.46), as agreed shipping the beef on to FTM's customers.

3. FTM's and Florida Beef's accepted means of FTM's payment, was and is for FTM to pay Florida Beef by electronic means (wire transfer/ACH).

4. FTM, however, received a fraudulent email from an unknown third party purporting to be from Florida Beef. Had FTM studied the email- purportedly from

kim.cook@floridabeeflnc.com FTM would have seen that the email was fraudulent: Florida Beef's email domain is "floridabeefinc.com" (with an "i" not an "l").

5. The "floridabeeflnc.com" email had been opened by a fraudster; a whois lookup shows that it had been registered on March 19, 2021 using a private by-proxy registration.

6. In contrast, a whois lookup confirms that the authentic domain of Florida Beef, "floridabeefinc.com" was registered on May 8, 2009.

7. The fraudulent email included an attachment purportedly from Florida Beef, changing the wiring details and bank account for Florida Beef. FTM did not verify the supposed change with Florida Beef, and instead, according to FTM, wired money to an account set up by the fraudster third party. As a result, Florida Beef never received payment for its invoices.

8. It was the responsibility of FTM to verify for each transaction, that FTM was wiring payment to Florida Beef's correct account, for confirmed receipt by Florida Beef.

9. When Florida Beef did not receive timely payment from FTM for Florida Beef's invoices, FTM learned that it had made, or claimed to have made, payment to the fraudulent account. Florida Beef demanded that FTM make payment to Florida Beef, however, FTM has refused to make that payment.

10. FTM has breached its contract with Florida Beef to pay Florida Beef for goods sold and delivered, namely, beef on agreed contractual terms between FTM and Florida Beef, and accordingly owes Florida Beef damages as demanded herein.

11. Florida Beef has within the last thirty (30) days sent a written demand to FTM for payment; FTM has failed to pay.

WHEREFORE, Florida Beef demands judgment in its favor and against FTM for breach of contract in the amount of at least $139,268.46, plus its attorneys fees and costs pursuant to the

Louisiana Open Account Statute, La. RS 9:2781, plus further costs and prejudgment interest as permitted by the Court, and other and further proper and equitable relief.

Dated: July 12, 2021                                             Respectfully submitted,

| | |
|---|---|
| /s/ J. Stephen Simms<br>J. Stephen Simms<br>(*pro hac vice* pending)<br>Simms Showers LLP<br>201 International Circle, Suite 230<br>Baltimore, Maryland 21030<br>Tel:  410-783-5795<br>Fax: 410-510-1789<br>Email: jssimms@simmsshowers.com | LOCAL COUNSEL<br><br>LAW OFFICE OF CARY A. DES ROCHES<br><br>By: /s/ Cary A. Des Roches<br>Cary A. Des Roches (La. Bar. No. 19550)<br>225 Phosphor Avenue<br>Metairie, LA 70005<br><br>and<br><br>1100 Poydras Street, Suite 3250<br>New Orleans, Louisiana 70163<br>Telephone: (504) 235-9322<br>Facsimile: (504) 588-9750<br>Email: cdr@desrocheslaw.com |

Florida Beef Counsel