## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FLORIDA BEEF, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1324-WBV-JVM** |
| **FARM TO MARKET, LLC** | **SECTION: D (1)** |

### ORDER of DISMISSAL

Considering the Notice of Voluntary Dismissal with Prejudice (R.Doc. 27) filed by Florida Beef, Inc.,

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE,** with each party to bear its own costs.

New Orleans, Louisiana, September 30, 2021.

**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**